IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ROBERT E. MALONEY, JR.,
Defendant.

Criminal case no.
1:11-cr-121-SCJ

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Linda T. Walker [Doc. No. 191], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court. Accordingly, Defendant's Motion to Dismiss Counts Three through Twelve of the Indictment [Doc. No. 129] is hereby **DENIED**.

IT IS SO ORDERED, this 18th day of July, 2012.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE